IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                        Plaintiff,                        ORDER

v.

                                                04-cr-169-bbc

GERALD LEE SIDWELL,

                        Defendant.
_____

        On May 2, 2008, this court held an initial appearance on the government's petition to revoke supervised release. Defendant Gerald Lee Sidwell was present with his attorney Kelly Welsh. The government was represented by Assistant United States Attorney Tim O'Shea and United States Senior Probation Officer Rick Badger. Sidwell, by counsel, acknowledged receipt of the revocation petition, waived his right to a probable cause determination, and waived his right to a detention hearing. In consultation with both sides, I set the hearing before Chief Judge Barbara Crabb for May 12, 2008 at 1:00 p.m. Sidwell shall remain detained in federal custody pending that hearing. The parties had no other matter's to bring to the court's attention.

        Entered this 2nd day of May, 2008.

                                        BY THE COURT:

                                        /s/_____
                                        THERESA M. OWENS
                                        Magistrate Judge